# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARK FIES, an individual; JENNIFER SILVERMAN, an individual; | Case No.: 2:17-CV-03571 SVW (PLAx) |
|---|---|
| Plaintiffs, | **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SCHOONERS PATIO GRILLE, INC. and DOES 1 - 10, inclusive | JS-6 |
| Defendant(s). | |

This matter came before the Court on the parties' Stipulation to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

For reasons stated in the Stipulation and good cause having been shown, the Court ADOPTS the Stipulation and GRANTS the relief requested as follows:

1. All claims are dismissed with prejudice.
2. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 27, 2017

_____
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**